

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 30 2022
BY_____ DEPUTY
ARTHUR JOHNSTON

3:22-cv-751-KHJ-MTP

On The Above Date And Time I Inmate at Walnut Grove MS 39189 Correctional Facility is writting on behalf of an "Assault" that had taken place on the date of December 23, 2022 Around 11:49 pm. Almost mid-night hour's. Inmate Walter Bryant JR #211613 was indeed Assaulted By "C.I.D" of the facility and Several other Correctional "officers" at Walnut Grove Correctional facility first by showing of "video camra" footage would show officers along with the captain of the "Night Shift" shooting into inmate cell of 6-C cell 21 a "Gas Gun" causeing inmate to choke on the "Gas" that was not properly used Because Inmate #211613 never posed any threat to any officers. Inmate was then left inside to room of "21" on 6-C for half an hour by officers without any medical assistance. The use of the "Gas shooting" was "very improper" because "No Video" of such was used to support the shooting of the "Gas" Into Inmate's Cell. After waiting on arrival of medical assistance. Inmate was leg and hand cuffed then walked down into a Showering Area of the hallway. Coming back onto the Zone of 6-C by 9 other officers and a "C.I.D" officer

Inmate was forced into Cell 3 on the Bottom tier while in Leg and Hand Restraints Captain Cruz of the Shift forceably slamed Inmate #211613 Into the wall causeing Inmate Nose to Bleed. As can be shown on video footage of the facility while still in Leg and Hand "Restraints" "C.I.D" of the facility then made his way into the cell of 6-C Cell 3 and started to Grab Inmate By his waste Area and Leg to Snatch off Inmate's tennis shoes. After the taking of Inmate's tennis shoes "C.I.D" then Grabbed Inmate #211613 By his Throat Area and Started to Choke Inmate so that he couldnt scream for Help or Speak About what was taking place As the other Officer's watched Inmate was wrestled to the Ground while Still in "Hand Restraints" As shown in Prison Video footage then Placed a Knee in the Back of "Defendant" Inmate "211613" Still Having A Grip on Inmate #211613 Throat Area causing Inmate a struggle for Breath. While In Hand Cuffs Inmate Is shown to not Be Any threat Accompined By several other male Officers the force that was used was Indeed unreasonable

Inmate suffered from back injuries after this incident and still has not seen medical attention for his nose or back area! I'm writting the courts asking for help in my situation because I am denied the usage of the prison phone as was told to me by the "C.I.D" officer

Thanks in Advance

Walter Bryant Jr
MDOC # 211613